## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                              Plaintiff,<br><br>vs.<br><br>MIDDLETONS LLC, a Michigan<br>Limited Liability Company, f/k/a<br>THE SPINDLE RAILING COMPANY,<br><br>                         Defendant. | CASE NO. 2:17-CV-10171<br><br><br>HONORABLE DAVID M. LAWSON |
| | |

## RECEIVER'S FOURTH INTERIM STATUS REPORT FOR THE PERIOD OF <u>SEPTEMBER 17, 2017 THROUGH DECEMBER 16, 2017</u>

Alex D. Moglia, the Court appointed receiver (the "Receiver"), for his fourth report on the status of the receivership for the period of September 17, 2017 through December 16, 2017, states as follows:

1.     On February 16, 2017, upon the motion of Bank of America, N.A. ("BofA"), this Court entered an order appointing Alex D. Moglia as the Receiver for the assets and property of the Receivership Entities (the "Receiver Order").  The Receiver commenced his duties as Receiver on February 16, 2017.

### A.      Summary of the Operations of the Receiver

2.     Upon his appointment, the Receiver reviewed and analyzed records received from BofA, in particular, loan documents, credit write-ups and collateral records, and reviewed the verified complaint filed by BofA.  The Receiver also reviewed BofA's Motion for Appointment of Receiver and the Order granting same.

3.      The Receiver also arranged for utility services at the properties and established receiver's accounts with the utility companies.  Numerous discussions were held in person and telephonically with representatives of providers of gas, telephone, internet, electric and water services, during which the Receiver explained the status of the company and the receivership process.  Further discussions and negotiations followed.

4.      The Receiver obtained bonding as required by the Receiver Order, proof of which was attached as Exhibit A to the First Interim Status Report (the "First Report") filed with the Court on March 30, 2017.

5.      On February 20, 2017, the Receiver visited the Bronson and Coldwater, Michigan locations to inspect the facilities and to meet with former employees.  A locksmith was brought in to change all locks and to secure the buildings.  The Receiver also met with city officials and discussed the receivership and the steps to be taken pursuant to the Receiver Order.  Additional documents regarding a fire that had occurred at the Coldwater location, as well as outstanding bills, were reviewed by the Receiver during his visit.  Arrangements were also made to have all mail forwarded to the Receiver's offices.

6.      Due to the contentious nature of some of the discussions with creditors and service providers, and to assist the Receiver in carrying out his duties, the Receiver determined it was necessary to retain counsel.  The order granting the receiver's motion for appointment of counsel was entered by the Court on March 16, 2017.

7.      During this reporting period, the Receiver conducted a number of major activities. These are detailed below:

      a.   Sale of Coldwater Real Estate:     On September 8, 2017, this Court entered its order granting the Receiver's amended motion for authority to sell the real

estate in Coldwater, dkt. no. 63. The Receiver closed on the sale of the

property on October 10, 2017.

b. <u>Fire Suppression System and Extinguishers</u>: Approved Protection Systems

hydro-tested and refilled all fire extinguishers at Bronson in September, 2017.

VFP Fire Systems conducted an annual fire sprinkler inspection and necessary

preventive maintenance on the air compressor at Coldwater in September,

2017.

c. <u>Exterior Door</u>: Larry's Lock and Safe installed a new exterior door and

frame including threshold, hinges and closer at Coldwater in September, 2017.

d. <u>Listing of Property</u>: The Receiver, pursuant to this Court's order of

August 18, 2017, granting the Receiver's motion for approval of retention of a

real estate broker, dkt. no. 62, hired NAI Wisinski of West Michigan, to list,

market and sell the Bronson property.

e. <u>Winterization</u>: The Receiver hired Wil-Mac to winterize the Bronson

buildings and the work was completed on October 11, 2017.

f. <u>Accounts Receivable Collection</u>: The Receiver has been diligent in seeking to

recover sums outstanding from a number of customers of Middletons.

Contacts with these customers were made, first by a former Middletons

employee under the Receiver's direction, and subsequently by the Receiver's

counsel. As is typical in these types of situations, disputes over quality,

quantity, price, freight overcharges and billing problems have surfaced, and

the Receiver has been active in addressing these issues. Pursuant to this

Court's order of July 26, 2017 granting the Receiver's motion for approval of

the retention of Receivables Control Corporation ("RCC") to assist in the

collection of Middletons' outstanding accounts receivable, dkt. no. 54, the

Receiver hired RCC and collection efforts are continuing.

g.   Case Administration:        During this reporting period, the Receiver paid bills

arising from receivership activities, posted payments received and regularly

reconciled his bank accounts.  The Receiver also prepared and filed his third

interim report to the Court on the status of the receivership on September 29,

2017.  The Receiver has also been in regular contact and discussion with

Plaintiff with regard to his activities and the disposition of the receivership

assets.

**B.       Cash on Hand, Accrued Administrative Expenses and Unencumbered Funds**

**in the Estate**

8.       A bank balance report showing cash on hand in the receivership as of December

16, 2017 is attached as **Exhibit A**.

9.       The funds in the estate are subject to security interests asserted by BofA.

10.      The accrued administrative expenses consist primarily of fees and expenses of the

Receiver and his counsel.  The Receiver's fees and costs for September 17 through December

16, 2017 total approximately $16,202.12 and fees and costs of the Receiver's counsel total

approximately $35,000.00.

**C.       Schedule of Receipts and Disbursements**

11.      A schedule of receipts and disbursements during this reporting period is attached

as **Exhibit B**.  Receipts totaled $2,852,924.74 and disbursements totaled $2,959,773.45.

**D.      Description of Receivership Property**

12.      The remaining assets of the receivership consist of uncollected accounts receivable, real estate and other miscellaneous assets.  The following are the approximate valuations for each asset category:

| Asset Category | Valuation | Notes / Comments |
|---|---|---|
| Accounts Receivable | Less than $30,000 | RCC is working on collecting the remaining receivables. |
| Real Estate – Bronson | $100,000 | A Purchase Agreement for the sale of the property has been executed.  The Purchaser is completing its due diligence inspections of the property and has until December 27, 2017 to terminate the Agreement and receive a refund of its deposit.  Provided that the Purchaser does not terminate the Agreement and elects to proceed to closing, the sale of the |

| | | property should close in early 2018, provided that the required court approval of the sale is obtained. |
|---|---|---|
| | | |

### E.    Liquidated and Unliquidated Claims

13.    The Receiver is not aware of Middletons' holding any liquidated or unliquidated claims against other parties, other than regular trade receivables.  The Receiver is in the process of investigating potential avoidance claims or fraudulent transfers.

### F.    List of Creditors

14.    A list of all known creditors, their addresses and amounts believed to be owed to such parties was attached as Exhibit F to the First Report.  The Receiver had issued a letter to all known creditors, advising them of the inception of the receivership and the need to cooperate with the Receiver.

### G.    Creditor Claims Proceedings

15.    At this time, it appears that there will be insufficient funds to pay the claim of BofA in full, and therefore it appears unlikely that there will be any distribution to pre-receivership unsecured creditors.  As such, no creditor claims proceedings have yet been implemented.

### H.    Recommendations of the Receiver with regard to continuation or discontinuation of the receivership

16.    The Receiver believes that the receivership should continue in order to effectuate an orderly liquidation of the remaining assets of the Receivership estate.

Respectfully submitted,

Alex D. Moglia of Moglia Advisors, not
personally, but solely as the Receiver of
Middletons LLC

# Proof Of Service

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>      Plaintiff,<br><br>vs.<br><br>MIDDLETONS LLC, a Michigan<br><br>Limited Liability Company, f/k/a<br><br>THE SPINDLE RAILING COMPANY,<br><br>     Defendant. | CASE NO. 2:17-CV-10171<br><br>HONORABLE DAVID M. LAWSON |
| | |

### PROOF OF SERVICE

I, Lynnea Koerber, state that on December 21, 2017, I did file Receiver's Fourth Interim Status Report For The Period September 17, 2017 Through December 16, 2017 and this Proof Of Service, with the Clerk of the Court using the ECF System and I hereby certify that the Court's ECF system will serve all registered users.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 21, 2017     /s/ Lynnea Koerber
             Lynnea Koerber
             howard@jacobweingarten.com

Exhibit A

Printed: 12/18/17 11:03 AM  **Bank Account Summary Report**  Page: 1

---

**Trustee: Alex D Moglia  (330220)**

---

Case: **MIDDLETONS LLC**   Middletons LLC                                                    Tax ID #: 20-0497985

| Account Name (Type) | Account Number | Ledger Balance | Reserved Balance | Available | Bank Balance |
|---|---|---|---|---|---|
| Checking Account  (DDA) | 5014448066 | 20,056.49 | 0.00 | 20,056.49 | 20,443.81 |
| Asset Sale Proceeds  (DDA) | 5014448067 | 324,413.40 | 0.00 | 324,413.40 | 325,669.78 |
| BOA Exp funds DDA  (DDA) | 5014448068 | 5,331.05 | 0.00 | 5,331.05 | 5,331.05 |
| DDA Vehicle Proceeds  (DDA) | 5014448069 | 22,524.00 | 0.00 | 22,524.00 | 22,524.00 |
| Coldwater Real Estate Pro  (DDA) | 5014448070 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Case Totals: | $372,324.94 | $0.00 | $372,324.94 | $373,968.64 |

**Trustee Totals:**                                    $372,324.94            $0.00        $372,324.94         $373,968.64

    **Total Accounts:**        5

Exhibit B

Printed: 12/18/17 11:04 AM                                                                                              Page: 1

# Receipts and Disbursements

Case: **Middletons LLC (MIDDLETONS LLC)**                                                            Submitted: **12/18/17**

Trustee: **Alex D Moglia  (330220)**                                                              Period: **09/17/17 - 12/16/17**

## Receipts

### 4005-000  Proceeds from Auction

| | | | | |
|---|---|---|---|---|
| 11/17/17  Deposit: 100003-1 | 5014448067 | ST USA Holding Corp. | | 1,000.00 |
| | | Proceeds from the sale of office Furniture | | |

### 4006-000  Liquidation of Real Property

| | | | | |
|---|---|---|---|---|
| 10/16/17  Dep. Adj.: 1 | 5014448070 | Fidelity National Title Insurance C/ Comerica Detroit | | 2,846,591.89 |
| | | SALE PROCEEDS - REAL PROPERTY | | |

### 4008-000  Notes and Accounts Receivable

| | | | | |
|---|---|---|---|---|
| 11/17/17  Deposit: 100023-1 | 5014448066 | Gambay Inc | | 686.57 |
| | | 6/27/17 ref 248956 | | |
| 10/20/17  Deposit: 100020-1 | 5014448066 | Gambay Inc | | 500.00 |
| | | ACCOUNTS RECEIVABLE | | |
| 12/07/17  Deposit: 100024-1 | 5014448066 | Receivables Control Corporation | | 1,176.62 |
| | | ACCOUNTS RECEIVABLE | | |
| 11/09/17  Deposit: 100022-1 | 5014448066 | Recievables Control Corporation | | 2,969.66 |
| | | ACCOUNTS RECEIVABLE | | |
| | | **Total for 4008-000  Notes and Accounts Receivable** | | 5,332.85 |

| | |
|---|---|
| **Total Receipts** | **2,852,924.74** |

## Disbursements

### 2200-001  Secured Claims

| | | | | |
|---|---|---|---|---|
| 10/19/17  Disb. Adj.: 2 | 5014448070 | Middletons, LLC | | 2,846,591.89 |
| | | Coldwater net sale proceeds | | |

### 6007-000  Professional Fees & Expenses

#### 6007-015  Other Professional Fees

| | | | | |
|---|---|---|---|---|
| 11/14/17  Void: 196 | 5014448066 | Lynn Wolff | | -580.00 |
| | | 29 hours @ $20 for the Month of August 2017; issued on 11/14/17 | | |
| 11/14/17  Check: 196 | 5014448066 | Lynn Wolff | | 580.00 |
| | | 29 hours @ $20 for the Month of August 2017; voided on 11/14/17 | | |
| 11/14/17  Void: 199 | 5014448066 | Lynn Wolff | | -930.00 |
| | | Service hours 46.5 @ $20 for September 2017; issued on 11/14/17 | | |
| 11/14/17  Check: 199 | 5014448066 | Lynn Wolff | | 930.00 |
| | | Service hours 46.5 @ $20 for September 2017; voided on 11/14/17 | | |
| 11/14/17  Check: 114 | 5014448067 | Lynn Wolff | | 930.00 |
| | | Services rendered for September 2017 hours 46.5 @ $20 | | |
| | | **Subtotal for 6007-015  Other Professional Fees** | | 930.00 |

Printed: 12/18/17 11:04 AM

Page: 2

# Receipts and Disbursements

Case: **Middletons LLC (MIDDLETONS LLC)**

Trustee: Alex D Moglia  (330220)

Submitted: 12/18/17

Period: 09/17/17 - 12/16/17

## 6007-000  Professional Fees & Expenses

### 6007-016  Other Professional Expenses

| Date | Check | Number | Payee / Description | Amount |
|---|---|---|---|---|
| 11/14/17 | Check: 111 | 5014448067 | Lynn Wolff | 120.35 |
| | | | August 2017 Expenses mileage $113.96 & Larry's Lock $ 6.39 | |
| 11/14/17 | Check: 197 | 5014448066 | Lynn Wolff | 120.35 |
| | | | August 2017 Expenses mileage $113.96 and Larry's Lock $ 6.39; voided on 11/14/17 | |
| 11/14/17 | Void: 197 | 5014448066 | Lynn Wolff | -120.35 |
| | | | August 2017 Expenses mileage $113.96 and Larry's Lock $ 6.39; issued on 11/14/17 | |
| 11/14/17 | Check: 112 | 5014448067 | Lynn Wolff | 187.25 |
| | | | September 2017 expenses 350 miles @ $ .535 | |
| 11/14/17 | Void: 200 | 5014448066 | Lynn Wolff | -187.25 |
| | | | September 2017 expenses 350 miles @$ .535; issued on 11/14/17 | |
| 11/14/17 | Check: 200 | 5014448066 | Lynn Wolff | 187.25 |
| | | | September 2017 expenses 350 miles @$ .535; voided on 11/14/17 | |
| 11/14/17 | Check: 110 | 5014448067 | Lynn Wolff | 580.00 |
| | | | Service hours rendered 29 hours @ $20 for August 2017 | |

**Subtotal for 6007-016  Other Professional Expenses**    887.60

**Total for 6007-000  Professional Fees & Expenses**    **1,817.60**

## 7000-000  OTHER EXPENSES SECTION

### 7003-300  Other Administrative Expense

| Date | Check | Number | Payee / Description | Amount |
|---|---|---|---|---|
| 11/14/17 | Check: 116 | 5014448067 | Allshred Services | 2,450.00 |
| | | | Bronson document shredding Invoice 110637 $ 2,325 dated 10/31/17 & invoice 110670 $ 125.00 dated 10/31/17 | |
| 11/14/17 | Check: 115 | 5014448067 | Allshred Services | 2,080.00 |
| | | | Document Shredding Invoice 109887 dated 10/26/17 Coldwater, MI | |

**Subtotal for 7003-300  Other Administrative Expense**    4,530.00

### 7004-000  Costs to Secure/Maintain Property

| Date | Check | Number | Payee / Description | Amount |
|---|---|---|---|---|
| 11/14/17 | Check: 106 | 5014448067 | Approved Protection Systems | 681.00 |
| | | | Invoice 13602204 dated 9/14/17 | |
| 11/14/17 | Check: 193 | 5014448066 | Approved Protection Systems | 681.00 |
| | | | Invoice 13602204 dated 9/14/17; voided on 11/14/17 | |
| 11/14/17 | Void: 193 | 5014448066 | Approved Protection Systems | -681.00 |
| | | | Invoice 13602204 dated 9/14/17; issued on 11/14/17 | |
| 09/27/17 | Check: 117 | 5014448068 | Drug & Laboratory Disposal Inc. | 47,353.97 |
| | | | Final payment - statement dated 8/25/17 regarding invoice #1708-00193 | |
| 11/14/17 | Void: 195 | 5014448066 | L&R Services LLC | -90.00 |
| | | | Mowing Service for August 2017; issued on 11/14/17 | |
| 11/14/17 | Check: 195 | 5014448066 | L&R Services LLC | 90.00 |
| | | | Mowing Service for August 2017; voided on 11/14/17 | |
| 11/14/17 | Check: 113 | 5014448067 | L&R Services LLC | 90.00 |
| | | | Mowing services for September 2017 | |
| 11/14/17 | Check: 109 | 5014448067 | L&R Services LLC | 90.00 |
| | | | Mowing Servive for August 2017 | |

# Receipts and Disbursements

**Case:**   Middletons LLC (MIDDLETONS LLC)    **Submitted:** 12/18/17

**Trustee:** Alex D Moglia  (330220)    **Period:** 09/17/17 - 12/16/17

## 7000-000  OTHER EXPENSES SECTION

### 7004-000  Costs to Secure/Maintain Property

| Date | Check | Account | Payee / Description | Amount |
|---|---|---|---|---|
| 11/14/17 | Void: 198 | 5014448066 | L&R Services, LLC<br>Mowing for Month of September 2017; issued on 11/14/17 | -90.00 |
| 11/14/17 | Check: 198 | 5014448066 | L&R Services, LLC<br>Mowing for Month of September 2017; voided on 11/14/17 | 90.00 |
| 11/14/17 | Void: 194 | 5014448066 | Modert's Lawn Service LLC<br>Invoice 6150 dated 8/31/17; issued on 11/14/17 | -600.00 |
| 11/14/17 | Check: 194 | 5014448066 | Modert's Lawn Service LLC<br>Invoice 6150 dated 8/31/17; voided on 11/14/17 | 600.00 |
| 11/14/17 | Check: 107 | 5014448067 | Modert's Lawn Service, LLC<br>Invoice 6150 dated 8/31/17 | 600.00 |
| 11/14/17 | Check: 108 | 5014448067 | Modert's Lawn Service, LLC<br>Service for September 2017 - Invoice 6195 - dated 9/30/17 | 725.00 |
| 11/14/17 | Check: 105 | 5014448067 | Tyco Intergrated Security LLC<br>Invoice 29297440 dated 9/27/17 | 412.53 |
| 11/14/17 | Check: 192 | 5014448066 | Tyco Intergrated Security LLC<br>Invoice 29297440 dated 9/27/17; voided on 11/14/17 | 412.53 |
| 11/14/17 | Void: 192 | 5014448066 | Tyco Intergrated Security LLC<br>Invoice 29297440 dated 9/27/17; issued on 11/14/17 | -412.53 |
| 11/14/17 | Check: 104 | 5014448067 | Wil-Mac Sales & Service, Inc.<br>Second half (final) payment on Invoice 2496 | 1,600.00 |
| 09/21/17 | Check: 103 | 5014448067 | Wil-Mac Sales and Service, Inc.<br>50% up front payment to winterize Bronson 2 buildings | 1,600.00 |
| | | | **Subtotal for 7004-000  Costs to Secure/Maintain Property** | 53,152.50 |

### 7004-100  Insurance

| Date | Check | Account | Payee / Description | Amount |
|---|---|---|---|---|
| 11/03/17 | Disb. Adj.: 5 | 5014448066 | First Funding Insurance<br>Account 900-5128756 notice date 10/16/17 due date 11/3/17 | 3,233.42 |
| 12/13/17 | Check: 118 | 5014448067 | First Insurance Funding<br>Account # 900-5128756 payment due by Jan 3, 2018 per<br>customer service | 612.87 |
| 12/13/17 | Check: 117 | 5014448067 | First Insurance Funding<br>Account 900-5128756 Due by Dec 24, 2017   per customer<br>service | 643.51 |
| 10/24/17 | Disb. Adj.: 4 | 5014448066 | First Insurance Funding<br>October 2017 payment 900-5128756 | 3,394.34 |
| | | | **Subtotal for 7004-100  Insurance** | 7,884.14 |

### 7006-000  Taxes

| Date | Check | Account | Payee / Description | Amount |
|---|---|---|---|---|
| 09/28/17 | Check: 120 | 5014448068 | BRONSON TOWNSHIP<br>2017 Summer Parcel 090-014-100-040-02 property address<br>893 W. Chicago Rd. Bronson, MI 49028 | 1,375.35 |
| 09/27/17 | Check: 118 | 5014448068 | City of Coldwater Treasurer<br>2017 Summer Tax for Property # 307-000-000-228-06 -<br>property address 575 Race Street | 15,657.49 |
| 09/27/17 | Check: 119 | 5014448068 | City of Coldwater Treasurer<br>2017 Summer Tax for Property # 304-000-000-629-00 -<br>property address 575 Race Street | 35,344.75 |
| | | | **Subtotal for 7006-000  Taxes** | 52,377.59 |
| | | | **Total for 7000-000  OTHER EXPENSES SECTION** | 117,944.23 |

Page: 4

## Receipts and Disbursements

Case:   Middletons LLC (MIDDLETONS LLC)                                     Submitted: 12/18/17
Trustee: Alex D Moglia  (330220)                                           Period: 09/17/17 - 12/16/17

**7004-050  Utilities**

| 11/09/17 | Deposit: 100021-1 | 5014448066 | City of Coldwater<br>Return Credit 366-02 | -6,580.27 |

| **Total Disbursements** | **2,959,773.45** |

## Others

**9999-00  Account Transfers**

| 09/19/17 | Deposit: 100002-1 | 5014448068 | Bank of America<br>Funding request check | -121,219.31 |

| **Total Others** | **-121,219.31** |